# United States Court of Appeals
## for the Seventh Circuit
### Chicago, Illinois 60604

NANCY MORROW
Plaintiff(s)

CASE NO. 11-cv-04340

U.S.C.A. — 7th Circuit
F I L E D

JUL 23 2013  JK

GINO J. AGNELLO
CLERK

PATRICK R. DONAHOE
POSTMASTER GENERAL
UNITED STATES POSTAL SER.
Defendant(s)

JUDGE. CHARLES R. NORGLE

## DOCUMENT STATEMENT

U.S.C.A. — 7th Circuit
RECEIVED A.JB

JUL 23 2013

GINO J. AGNELLO
CLERK

JUNE 27, 2011 CASE FILED

SEPTEMBER 12, 2011 ANSWER TO PLAINTIFF

OCTOBER 3, 2011 RESPONSE TO DEFENDANT

NOVEMBER 01, 2011 MOTION FOR RESOLUTION BY PLAINTIFF

NOVEMBER 18, 2011 DISMISSED A FRIVOLOUS

NOVEMBER 25, 2011 MOTION FOR JUDGES DECISION

DECEMBER 09, 2011 NOTICE OF APPEAL FILED

DECEMBER 16, 2011 NOTICE OF DISMISSED FOR APPEAL DUE TO PENDING DECISION IN NORTHERN DISTRICT COURT PURSUANT TO FRAP 42(B)

JUNE 14, 2012 NOTICE OF DISMISSED FROM THE NORTHERN DISTRICT COURT

JULY 13, 2012 NOTICE OF APPEAL

NOVEMBER 02, 2012 MOTION FOR SUMMARY REVERSED-REMAND-DENIED DEFENDANT PETITION

NOVEMBER 30, 2012 DISCOVERY DEADLINE MANDATE

FEBRUARY 14, 2013 SUMMARY JUDGMENT NOT IN COMPLIANCE WITH PROCEDURE RULES 56.1

FEBRUARY 26, 2013 CORRECTED MEMORANDUM

MARCH 29, 2013 SUPPORT MOTION OF SUMMARY JUDGMENT

APRIL 18, 2013 OPPOSITION TO SUMMARY LOCAL RULE 56.1 (b) (3) (B)

APRIL 24, 2013 RESPONSE TO DEFENDANT ADDITIONAL MATERIAL FACTS

Nancy Morrow
PRO-SE

MAY 03, 2013 DEFENDANTS REPLY TO MEMORANDUM

MAY 08, 2013 PLANTIFF RESPONSE TO SUMMARY JUDGMENT

JUNE 07, 2013 NOTICE MOTION FOR DECISSION OF SUMMARY FOR JURY DEMAND OR SETTLEMENT

JUNE 14, 2013 NOTICE OF MOTION FOR SUMMARY JUDGMENT FOR JURY TRAIL OR SETTLEMENT

JULY 15, 2013 DISMISSED

JULY 17, 2013 NOTICE OF APPEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NANCY MORROW                                      CASE NO. 11-cv-04349
Plaintiff(s)

PATRICK R. DONAHOE                                JUDGE. CHARLES R. NORGLE
POSTMASTER GENERAL
UNITED STATES POSTAL SER.
    Defendant(s)

AMENDED COPY              NOTICE OF APPEAL

I NANCY MORROW IS REQUESTING AN APPEAL FOR CASE 11-CV-04349
I WAS ISSUED A 7-DAY SUSPENION Loss of pay that was materially adverse action
MEANING OF "DISCRIMINATE AGAINST" – A MATERIALLY ADVERSED
ACTION BURLINGTON NORTHERN & SANTA FE RAILWAY v. WHITE
Supreme court of the United States, 2006 548 U.S. 53, 126 S. ct. 2405, 165 I. Ed 2d 345.
Dismissed on 06-14-2012. For retaliation materially adverse action, retaliation used as
disciplinary action, discrimination base on age and sex, failure to stop harassment, and
creating a hostile work environment. 03-31-2010 I was issued a 7-day suspension with
40Hrs. Loss of pay. Supervisor claimed that I used Unauthorized Overtime and claimed I
Failed to Follow her Instruction not to closeout at 2:30. Evidence showed I closeout at
3:03 & continued to serve customers. Overtime was done by all Clerks

DISPARATED TREATMENT IS A VIOLATION FOR AGE AND SEX
DISCRIMINATION

TITLE VII claims by The supreme Court has held and employee who creates or tolerates
a work environment when it premeditated with "discriminatory, intimidating, ridicule and
insult" that is sufficient, severe or persuasive as alter the conditions of an individual
employment which creates and abusive work environment is a violation of the title VII.

FAILURE TO STOP HARASSMENT & CREATING A HOSTILE WORKPLACE
Casual Link of unlawful activity 911, police reports, write-ups & EEO Claims filed

According to records of evidence Supervisor Lisa Maya allegation had no merits
NO JUSTIFY CAUSE & HAD NO LEGITMATE REASON
FOR ISSUING ME A 7-DAY SUSPENION & 40HRS. LOSS OF PAY WHICH WAS
USED AS DISCIPLINARY ACTION FOR FAILURE TO FOLLOW INSTRUCTION
THAT WAS PREMEDITATED, INTENTIONAL AND MATERIALLY ADVERSED.
The filing of formal disciplinary charges where such charges are entered in the
employee's permanent file can qualify as materially adverse. See, e. g., uddin v. city of
N.U., 316 fed appx. .04, at *5-6 (2d Cir, 2008). Merely placing an employee on a
performance plan or issuing a disciplinary letter, however has been found not qualify
under the new Supreme Court standard. See Kaplan v. Multimedia Entm't, inc., No. 03-
CV-0805c(F), 2008 WL. 686774, at *6 (W.D.N.Y. Mar. 10, 2008) (performance plan):
Washington v. Norton, No. 3-04CV104, 2007 WL 1417290, at *4 (N.D.W.Va. May 11,
2007) (discipline letter). A supervisory conspiracy to force the complaining employee to

Nancy Morrow
PEo. SIS

## SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

PART I – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Nancy Morrow v. Patrick Donahoe | Northern Illinois | 11 C 4349 |
| | District Judge | Court Reporter |
| | Charles R. Norgle | Maellen Pittman |

☐ am ordering transcript.
☒ I am not ordering transcript because:
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:                                      Date(s)

☐ Pretrial proceedings. Specify: _____ *NONE* _____          _____

☐ Voir Dire

Trial or Hearing. Specify: _____ *NONE* _____          _____

☐ Opening statement          _____

☐ Instruction conference          _____

☐ Closing statements          _____

☐ Court instructions          _____

☐ Post-trial proceedings. Specify: _____ *NONE* _____          _____

☐ Sentencing          _____

☐ Other proceedings. Specify: _____ *NONE* _____          _____

Method of Payment: ☐ Cash          ☐ Check or Money Order          ☐ C.J.A. Voucher

Status of Payment: ☐ Full Payment          ☐ Partial Payment          ☐ No Payment Yet

Signature: *NANCY MORROW*          Telephone No. ( *723* )
Address: *1530 S. LAFLIN*
Chicago, IL 606*23*          Date: July 26, 2012

PART II – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made.*

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: s/ *Maellen morrow*          Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

## SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District<br>Northern Illinois | D.C. Docket No.<br>11 C 4349 |
|---|---|---|
| Nancy Morrow v. Patrick Donahoe | District Judge<br>Charles R. Norgle | Court Reporter<br>Maellen Pittman |

| | | |
|---|---|---|
| ☐ I am ordering transcript. | Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself. |
| ☒ I am not ordering transcript because: | |
| ☐ The transcript has been prepared. | |

Indicate proceedings for which transcript is required. Dates must be provided:　　　　　Date(s)

| | | |
|---|---|---|
| ☐ | Pretrial proceedings. Specify: _NONE_ | _____ |
| ☐ | Voir Dire | _____ |
| | Trial or Hearing. Specify: _NONE_ | |
| ☐ | Opening statement | _____ |
| ☐ | Instruction conference | _____ |
| ☐ | Closing statements | _____ |
| ☐ | Court instructions | _____ |
| ☐ | Post-trial proceedings. Specify: _NONE_ | _____ |
| ☐ | Sentencing | _____ |
| ☐ | Other proceedings. Specify: _NONE_ | _____ |

| Method of Payment: | ☐ Cash | ☐ Check or Money Order | ☐ C.J.A. Voucher |
|---|---|---|---|
| Status of Payment: | ☐ Full Payment | ☐ Partial Payment | ☐ No Payment Yet |

Signature: _Nancy Morrow_　　　　　Telephone No. _773)_
Address: _1530 S. Laflin_
_Chicago, IL 60608_　　　　　Date: July 26, 2012

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made.*

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _s/_　　　　　Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

# United States Court of Appeals

### for the Seventh Circuit
### Chicago, Illinois 60604

NANCY MORROW                          CASE NO. 11-cv-04349
    Plaintiff(s)


PATRICK R. DONAHOE                 JUDGE. CHARLES R. NORGLE
POSTMASTER GENERAL
UNITED STATES POSTAL SER.
    Defendant(s)


### PROOF OF RETURN SERVICE


219 SO. DEARBORN
CHICAGO IL. 60604               *Hand Del*

JAMES KHUN
ATTORNEY GENERAL
219 SO. DEARBORN
CHICAGO, IL. 60604


219 SO. DEARBORN
CHICAGO, IL. 60604


NAME    NANCY MORROW
ADDRESS 11530 SO. LAFLIN
CITY       CHICAGO IL 60643