# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

July 25, 2013

| | |
|---|---|
| No.: 13-2567 | NANCY MORROW,<br>Plaintiff - Appellant<br><br>v.<br><br>PATRICK R. DONAHOE, Postmaster General,<br>Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:11-cv-04349<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle ||

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

form name: **c7_NoticeTransROA**(form ID: **116**)